CUNNINGHAM, Respondent, *v.* FITZGERALD, Appellant.

*(Supreme Court, General Term, Fifth Department.* April 13, 1892.)

Action by John T. Cunningham against John M. Fitzgerald.
Argued before DWIGHT, P. J., and MACOMBER and LEWIS, JJ.
No opinion.   Motion for a reargument denied.   See 17 N. Y. Supp. 341.

---

EHLEIN, Appellant, *v.* BRAYTON, Respondent.

*(Supreme Court, General Term, Fifth Department.* April 13, 1892.)

Action by Susan Ehlein against Samuel N. Brayton.
Argued before DWIGHT, P. J., and MACOMBER, J.
No opinion.   Order setting aside verdict and granting a new trial affirmed, with costs.

---

GOODMAN, Appellant, *v.* LIGHTHOUSE, Respondent.

*(Supreme Court, General Term, Fifth Department.* April 13, 1892.)

Action by Louis Goodman against John C. Lighthouse.
Argued before DWIGHT, P. J., and MACOMBER and LEWIS, JJ.
No opinion.   Order granting a new trial appealed from affirmed, with costs of this appeal to the respondent to abide the event.

---

HOGAN, Appellant, *v.* KAVANAUGH *et al.,* Respondents.

*(Supreme Court, General Term, Fifth Department.* April 13, 1892.)

Action by Phœbe J. Hogan against Daniel Kavanaugh and others.
Argued before DWIGHT, P. J., and MACOMBER and LEWIS, JJ.
No opinion.   Judgment appealed from affirmed, with costs.

---

LAMMING, Respondent, *v.* GALUSHA *et al.,* Appellants.

*(Supreme Court, General Term, Fifth Department.* April 13, 1892.)

Action by David A. Lamming against Norman H. Galusha and others.
Argued before DWIGHT, P. J., and MACOMBER and LEWIS, JJ.
No opinion.   Certificate under subdivision 4, § 190, Code Civil Proc., granted.   See 17 N. Y. Supp. 328.

---

LYON, Respondent, *v.* RICKER, Appellant.

*(Supreme Court, General Term, Fifth Department.* April 13, 1892.)

Action by Lemuel Lyon against Henry P. Ricker.
Argued before DWIGHT, P. J., and MACOMBER and LEWIS, JJ.
No opinion.   Judgment appealed from affirmed, with costs.

---

PICKARD, Appellant, *v.* CARR *et al.,* Respondents.

*(Supreme Court, General Term, Fifth Department.* April 13, 1892.)

Action by Nancy E. Pickard against James Carr and another.
Argued before DWIGHT, P. J., and MACOMBER and LEWIS, JJ.
No opinion.   Judgment appealed from affirmed.   See 17 N. Y. Supp. 605, mem.